Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., #340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-03807-MCS-SSC |
| Plaintiff, | |
| v. | |
| TOYOTA INSURANCE MANAGEMENT SOLUTIONS USA, LLC.; DOES 1-100, AND EACH OF THEM, | **NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiff requests that this Honorable Court vacate all pending hearing dates. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

///

Dated: June 19, 2025          **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman

# CERTIFICATE OF SERVICE

Filed electronically on June 19, 2025, with:

United States District Court CM/ECF system

Notification sent electronically on June 19, 2025, to:

To the Honorable Court, all parties and their Counsel of Record

/s/Todd M. Friedman
  Todd M. Friedman